Wayne S. Williamson, Plaintiff-Appellee and Cross-Appellant, v. McCann and Company, Inc., Defendant-Appellant and Cross-Appellee.

Gen. No. 9,926. (Abstract of Decision.)

Craig & Craig, by J. E. Horsley, and Sorling, Catron & Hardin, by B. Lacey Catron, for appellant; Robert P. Shonkwiler, for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full. Opinion filed February 25, 1954; rehearing denied March 31, 1954; released for publication March 31, 1954.

In the Matter of Estate of Elizabeth Truitt, Deceased. Stanley B. Balbach, as Administrator of Estate of Elizabeth Truitt, Deceased, Plaintiff-Appellee, v. Henry Shannon et al., Defendants. Robert Truitt et al., Defendants-Appellants.

Gen. No. 9,929. (Abstract of Decision.)